FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

20 AUG 19 PM 2:26

CLERK J. Hodge
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| SEAN LASHAY COLEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TAMMETHA B. WIGGINS; SID ) <br> ANDREWS; MEDICAL SERVICES; ) <br> OCONEE DRUG TASK FORCE; NURSE ) <br> GORE; VIRGINIA LAMPKIN, Nurse; ) <br> T. WILLIAMS; S. CADY; K. HARTWELL; ) <br> and AGENT DUSKIN, ) <br> ) <br> Defendants. ) | CV 320-019 |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's amended complaint without prejudice, and **CLOSES** this civil action.

SO ORDERED this ___19th___ day of August, 2020, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE