AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

SEAN LASHAY COLEY,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 320-019

TAMMETHA B. WIGGINS; SID ANDREWS; MEDICAL SERVICES; OCONEE DRUG TASK FORCE; NURSE GORE; VIRGINIA LAMPKIN, Nurse; OFFICER WILLIAMS; S. CADY; OFFICER HARTWELL; and FNU DUSKIN,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated August 19, 2020, the Magistrate Judge's Report and Recommendation is ADOPTED as the Court's opinion; therefore, Plaintiff's Amended Complaint is DISMISSED without prejudice. This action stands CLOSED.



08/19/2020
Date

John E. Triplett, Acting Clerk
Clerk

*Jamie Hodge*
(By) Deputy Clerk

GAS Rev 10/1/03